IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JACK ALLEN CROSS,

    Plaintiff,

v.                                      CASE NUMBER:  2:05CV257-T
                                              (WO)

STATE FARM MUTUAL INSURANCE
COMPANY, an insurance company,

    Defendant

### FINAL ORDER OF DISMISSAL WITH  PREJUDICE

The Stipulation For Dismissal (Doc. No. 12) between the parties in this cause having been presented to the Court, and the Court being of the opinion that an order of dismissal should be entered, it is therefore

ORDERED and ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice, costs taxed as paid.

DONE and ORDERED on the 18th day of October, 2005.

                                                /s/ Myron H. Thompson
                                                Myron H. Thompson,
                                                United States District Judge